243 So.2d 384

A. J. TYSON

v.

STATE of Alabama.

Ex parte A. J. Tyson.

5 Div. 910.

Supreme Court of Alabama.

Dec. 23, 1970.

Walker, Hill & Gullage, Raymond F. Newman, Jr., Opelika, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

HARWOOD, Justice.

Petition of A. J. Tyson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of

that Court in Tyson v. State of Alabama, 46 Ala.App. 398, 243 So.2d 382 (5 Div. 29).

Writ denied.

LAWSON, MERRILL, MADDOX and McCALL, JJ., concur.